**FILED**

May 27, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____

DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MARK ANTHONY ORTEGA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO.  SA-26-CV-3359-OLG** |
| | § | |
| **EQUIFAX INFORMATION** | § | |
| **SERVICES, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## <u>REFERRAL ORDER</u>

In accordance with the authority vested in the United States Magistrate Judge pursuant to Local Rule CV-72, and Appendix C, Local Rules for the Assignment of Duties to United States Magistrate Judges, and pursuant to 28 U.S.C. § 636(b), the instant action is hereby **REFERRED** to United States Magistrate Judge Kelly G. Stephenson for disposition of all pretrial matters.

### I. MATTERS REFERRED

This referral confers the following duties upon the Magistrate Judge:

A. <u>Pretrial Conferences and Scheduling Orders</u>. The Magistrate Judge may schedule and hold the initial Rule 16 pretrial conference and any subsequent conferences deemed necessary. The Magistrate Judge may issue a Scheduling Order and exercise discretion in extending or otherwise modifying deadlines therein upon a showing of good cause.

B. <u>Pretrial Motions</u>. The Magistrate Judge shall rule on all pretrial motions pursuant to 28 U.S.C. § 636(b)(1)(A) and Federal Rule of Civil Procedure 72(a). Where the Magistrate Judge's authority to make rulings is limited by statute or by rule, the Magistrate Judge shall issue a Report and Recommendation pursuant to § 636(b)(1)(B), unless all parties consent to a ruling by the Magistrate Judge pursuant to § 636(c)(1).[1]

Unless the parties have consented to proceed to trial before the Magistrate Judge, the Magistrate Judge will return the case to the undersigned upon the resolution of all pretrial motions or, at the latest, when all documents under Local Rule CV-16(f) have been submitted.

---

[1]However, when a dispositive motion has become moot, the Magistrate Judge may enter an order dismissing it as such.

## II. MATTERS NOT REFERRED

This referral does not include the following:

A. <u>Motions for Temporary Restraining Orders and Preliminary Injunctions</u>. This Court shall retain all motions for injunctive relief under Federal Rule of Civil Procedure 65, unless (1) all parties consent to a ruling by the Magistrate Judge pursuant to § 636(c)(1) or (2) the motion is later referred to the Magistrate Judge by separate order for a Report and Recommendation pursuant to § 636(b)(1)(B).

B. <u>Settlement Agreements</u>. Should the parties reach a settlement of this case, they shall promptly file a joint advisory to that effect. Upon being informed of a settlement, the Magistrate Judge will return the case to the undersigned.

## III. OBJECTIONS AND APPEALS

Appeals from the Magistrate Judge's orders and objections to the Magistrate Judge's recommendations shall be made in compliance with 28 U.S.C. § 636(b)(1), Rule 72 of the Federal Rules of Civil Procedure, Rule 4 of Appendix C to the Local Rules, and Question No. 31 of the Fact Sheet. Such objections and appeals shall be limited to issues first raised before the Magistrate Judge; failure to do so shall be deemed a waiver of such issue.

It is so **ORDERED**.

**SIGNED** on May 27, 2026.

_____
ORLANDO L. GARCIA
United States District Judge

2