UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 5:26-cv-03359-OLG-KGS |
| | § | |
| EQUIFAX INFORMATION SERVICES, | § | |
| LLC, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant, Equifax Information Services LLC ("Equifax"), by counsel, files its Answer to

Plaintiff's Complaint ("Complaint") as follows:

**PRELIMINARY STATEMENT**

Equifax denies any and all allegations in the headings and/or unnumbered paragraphs in

the Complaint.

**ANSWER**

In response to the specific allegations in the enumerated paragraphs in the Complaint,

Equifax responds as follows:

**I.    DISCOVERY CONTROL PLAN & JURISDICTION**

1.    Equifax denies any allegation it reported inaccurate information in Plaintiff's credit

file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it

violated the FCRA.

2.    To the extent Plaintiff has properly alleged their claims, Equifax admits the Court

may exercise its jurisdiction.

288053564.v1

3.      To the extent Plaintiff has properly alleged their claims, Equifax admits the Court may exercise its jurisdiction.

## II.    PARTIES AND SERVICE OF PROCESS

4.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4.

5.      Equifax admits it is a consumer reporting agency as defined by the FCRA. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 5.

## III.    VENUE

6.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

## IV.    FACTUAL ALLEGATIONS

### The Underlying Litigation and Dismissal

7.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

### The Disputes and Defendant's Failures

10.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

288053564.v1

11.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11.

12.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

13.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

16.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17.     Equifax denies the allegations in Paragraph 17. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

18.     Equifax denies the allegations in Paragraph 18. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

19.     Equifax denies the allegations in Paragraph 19. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

20.     Equifax denies the allegations in Paragraph 20. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

21.     Equifax denies the allegations in Paragraph 21. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

288053564.v1

22.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22.

23.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24.     Equifax denies the allegations in Paragraph 24. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

25.     Equifax admits it is subject to the FCRA. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 25.

## V.    CAUSES OF ACTION

### Violations of the Fair Credit Reporting Act (FCRA)
### (15 U.S.C. § 1681e(b) and 15 U.S.C. § 1681i)

26.     Equifax reasserts and re-alleges its responses as set forth above.

27.     Equifax denies the allegations in Paragraph 27. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

28.     Equifax denies the allegations in Paragraph 28. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

29.     Equifax denies the allegations in Paragraph 29. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

30.     Equifax denies the allegations in Paragraph 30. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

31.     Equifax denies the allegations in Paragraph 31. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

288053564.v1

**COUNT II**
**Violations of the Texas Credit Reporting Act**
**(Texas Business and Commerce Code Chapter 20)**

32.     Equifax reasserts and re-alleges its responses as set forth above.

33.     Equifax denies the allegations in Paragraph 33. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

34.     Equifax denies the allegations in Paragraph 34. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

35.     Equifax denies the allegations in Paragraph 35. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

## VI.   DAMAGES

36.     Equifax denies the allegations in Paragraph 36. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

37.     Equifax denies the allegations in Paragraph 37. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

38.     Equifax denies the allegations in Paragraph 38. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

39.     Equifax denies the allegations in Paragraph 39. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

288053564.v1

## VII.   JURY DEMAND

Equifax admits that Plaintiff demands a trial by jury.

## VIII.   PRAYER FOR RELIEF

Equifax denies Plaintiff is entitled to any relief claimed in the "WHEREFORE" Paragraph and its subparts.

WHEREFORE, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1)     Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff;

(2)     it recover such other and additional relief as the Court deems just and appropriate.

Dated: May 29, 2026                    Respectfully submitted,


By:  */s/ Forrest M. "Teo" Seger III*
**FORREST M. "TEO" SEGER III**
Texas Bar No. 24070587
TSeger@clarkhill.com
**CLARK HILL PLC**
2301 Broadway St.
San Antonio, Texas 78215
(210) 250-6000
(210) 250-6100 (Fax)

**ATTORNEY FOR DEFENDANT,
EQUIFAX INFORMATION SERVICES LLC**

6

288053564.v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026, a true and correct copy of the foregoing *Defendant Equifax Information Services LLC's Answer to Plaintiff's Complaint* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

I further certify that on May 29, 2026, a true and correct copy of the foregoing *Defendant Equifax Information Services LLC's Answer to Plaintiff's Complaint* was served on Pro Se Plaintiff, via United States Mail, to the address set forth below:

Mark Anthony Ortega
P.O. Box 702099
San Antonio, Texas 78270
*Pro Se Plaintiff*

*/s/ Forrest M. "Teo" Seger III*
Forrest M. "Teo" Seger III

7

288053564.v1