UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 5:26-cv-03359-OLG-KGS |
| | § | |
| EQUIFAX INFORMATION SERVICES, LLC, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
CERTIFICATE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT**

Defendant, Equifax Information Services LLC ("Equifax"), by and through its undersigned counsel, files this Certificate of Interested Parties and Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and hereby states:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- Mark Anthony Ortega (Plaintiff)

- Equifax Information Services LLC (Defendant)

- Forrest M. "Teo" Seger (Defendant Equifax Information Services LLC's Counsel)

- Clark Hill PLC (Defendant Equifax Information Services LLC's Counsel)

288054377.v1

Equifax is a wholly-owned subsidiary of Equifax Inc.  Equifax Inc., which is a publicly traded company on the New York Stock Exchange, is the sole parent of Equifax.  No other entity owns 10% or more of Equifax's stock.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None known other than the parties to this lawsuit.

Dated: May 29, 2026                              Respectfully submitted,


By: */s/ Forrest M. "Teo" Seger III*
      **FORREST M. "TEO" SEGER III**
      Texas Bar No. 24070587
      TSeger@clarkhill.com
      **CLARK HILL PLC**
      2301 Broadway St.
      San Antonio, Texas 78215
      (210) 250-6000
      (210) 250-6100 (Fax)

      **ATTORNEY FOR DEFENDANT,
      EQUIFAX INFORMATION SERVICES LLC**

2

288054377.v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026, a true and correct copy of the foregoing *Defendant Equifax Information Services LLC's Certificate of Interested Parties and Corporate Disclosure Statement* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

I further certify that on May 29, 2026, a true and correct copy of the foregoing *Defendant Equifax Information Services LLC's Certificate of Interested Parties and Corporate Disclosure Statement* was served on Pro Se Plaintiff, via United States Mail, to the address set forth below:

> Mark Anthony Ortega
> P.O. Box 702099
> San Antonio, Texas 78270
> *Pro Se Plaintiff*

*/s/ Forrest M. "Teo" Seger III*
Forrest M. "Teo" Seger III

3

288054377.v1