**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA,<br><br>Plaintiff<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 5:26-cv-03359-OLG-KGS |

**[PROPOSED] ORDER**

On this day came to be heard Equifax Information Services LLC's ("Equifax") Opposed Motion to Stay Pending Resolution of Equifax's Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion"). The Court finds that good cause exists for granting Equifax's Motion.

Accordingly, IT IS HEREBY ORDERED that Equifax's Motion is granted in its entirety and that discovery and all other existing deadlines are stayed pending ruling on Equifax's Motion to Dismiss Plaintiff's Second Amended Complaint.

It is so ORDERED.

SIGNED this ______ day of __________________________, 2026.

______________________________________
Honorable Kelly G. Stephenson
United States Magistrate Judge